Form 3A
(10/05)

# United States Bankruptcy Court
District Of _____Illinois_____

In re _____Belinda M Foster_____,    Case No. 07-10026
         Debtor

Chapter 13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $274.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $68.50 _____ Check one ☐ With the filing of the petition, or
                              ☒ On or before _____July 5, 2007_____

   $68.50 _____ on or before _____August 5, 2007_____

   $68.50 _____ on or before _____September 1, 2007_____

   $68.50 _____ on or before _____October 1, 2007_____

   **FILED**
   UNITED STATES BANKRUPTCY COURT
   NORTHERN DISTRICT OF ILLINOIS

   JUN - 5 2007

   KENNETH S. GARDNER, CLERK
   PS REP. - MBM

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____      _____  6/5/07
Signature of Attorney       Date    Signature of Debtor               Date
                                    (In a joint case, both spouses must sign.)

_____
Name of Attorney
                                    _____
                                    Signature of Joint Debtor (if any)   Date

JUN _ 5 2007                        KENNETH S. GARDNER
                                    Clerk, U.S. Bankruptcy Court