IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Foster, Belinda M

Printed: 3/4/08

Case Number: 07 B 10026
Judge: Wedoff, Eugene R
Filed: 6/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: January 9, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,100.00 |  |
| Secured: |  | 1,575.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 89.90 |
| Other Funds: |  | 435.10 |
| Totals: | 2,100.00 | 2,100.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 2. | Foster, Belinda M | Secured | 0.00 | 0.00 |
| 3. | Great American Finance Company | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 5. | Great American Finance Company | Secured | 456.67 | 75.00 |
| 6. | Hawkinson Nissan | Secured | 17,020.00 | 1,200.00 |
| 7. | Kahuna Payment Solutions | Secured | 476.00 | 75.00 |
| 8. | Great American Finance Company | Secured | 1,800.00 | 225.00 |
| 9. | Countrywide Home Loans Inc. | Secured | 6,985.69 | 0.00 |
| 10. | Illinois Dept of Revenue | Priority | 1,523.70 | 0.00 |
| 11. | Municipal Collection Services | Unsecured | 50.00 | 0.00 |
| 12. | T Mobile USA | Unsecured | 40.63 | 0.00 |
| 13. | Monterey Financial Services | Unsecured | 15.47 | 0.00 |
| 14. | Direct Loan Servicer | Unsecured | 150.89 | 0.00 |
| 15. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| 16. | Commonwealth Edison | Unsecured | 102.31 | 0.00 |
| 17. | Asset Acceptance | Unsecured | 103.94 | 0.00 |
| 18. | Capital One | Unsecured | 0.00 | 0.00 |
| 19. | Ashro Lifestyle | Unsecured | 30.39 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 142.38 | 0.00 |
| 21. | AT&T Wireless | Unsecured | 46.19 | 0.00 |
| 22. | Aspire Visa | Unsecured | 39.49 | 0.00 |
| 23. | Aspire Visa | Unsecured | 131.30 | 0.00 |
| 24. | American Honda Finance Corporation | Unsecured | 876.08 | 0.00 |
| 25. | Asset Acceptance | Unsecured | 25.58 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Foster, Belinda M | | Case Number: 07 B 10026 |
|---|---|---|---|
| | | | Judge: Wedoff, Eugene R |
| | Printed: 3/4/08 | | Filed: 6/5/07 |

| | | | | |
|---|---|---|---:|---:|
| 26. | Resurgent Capital Services | Unsecured | 80.35 | 0.00 |
| 27. | Hawkinson Nissan | Unsecured | 423.04 | 0.00 |
| 28. | Nicor Gas | Unsecured | 42.66 | 0.00 |
| 29. | Foster, Belinda M | Unsecured | 13.80 | 0.00 |
| 30. | Illinois Dept of Revenue | Unsecured | 12.86 | 0.00 |
| 31. | City of Blue Island | Unsecured | | No Claim Filed |
| 32. | Blockbuster | Unsecured | | No Claim Filed |
| 33. | Capital One | Unsecured | | No Claim Filed |
| 34. | Quill Corporation | Unsecured | | No Claim Filed |
| 35. | City of Country Club Hills | Unsecured | | No Claim Filed |
| 36. | Hinkley Springs | Unsecured | | No Claim Filed |
| 37. | Crossings | Unsecured | | No Claim Filed |
| 38. | Bank One | Unsecured | | No Claim Filed |
| 39. | Charter One Auto Finance | Unsecured | | No Claim Filed |
| 40. | Dell Commercial Credit | Unsecured | | No Claim Filed |
| 41. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| 42. | BMG Music Service | Unsecured | | No Claim Filed |
| 43. | I C Systems Inc | Unsecured | | No Claim Filed |
| 44. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 45. | KCA Financial Services | Unsecured | | No Claim Filed |
| 46. | SBC | Unsecured | | No Claim Filed |
| 47. | McLeod USA | Unsecured | | No Claim Filed |
| 48. | National Check Trust Inc | Unsecured | | No Claim Filed |
| 49. | Mattress World, Inc. | Unsecured | | No Claim Filed |
| 50. | Proactive Solution Skin Care | Unsecured | | No Claim Filed |
| 51. | McLeod USA | Unsecured | | No Claim Filed |
| 52. | Village of Dolton | Unsecured | | No Claim Filed |
| 53. | Newport News | Unsecured | | No Claim Filed |
| 54. | Kahuna Payment Solutions | Unsecured | | No Claim Filed |
| 55. | Utility Resource Solutions | Unsecured | | No Claim Filed |
| 56. | Vonage | Unsecured | | No Claim Filed |

$ 30,589.42          $ 1,575.00

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 89.90 |

$ 89.90

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____